IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-cv-638-RJD |
| ) | |
| ALFONSO DAVID and NURSE BLAKE, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**DALY, Magistrate Judge:**

This matter is before the Court on the Motion for Jurisdiction Memorandum (Doc. 101) and Motion to Produce Transcripts (Doc. 102) filed by Plaintiff, Gregory Scott. No responses have been filed by Defendants.

Federal Rule of Appellate Procedure 4 dictates timing related to notices of appeal. Rule 4(a)(1)(A) provides that, in certain civil cases (such as this), the notice of appeal must be filed with the district clerk within 30 days after entry of the judgment or order appealed from. The Court may extend time to file a notice of appeal if:

(i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and

(ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.

FED. R. APP. P. 4(a)(5)(A). If these conditions are met, the Court may extend the deadline either (1) 30 days beyond the original 60-day period, or (2) 14 days after the order granting the extension, whichever is later. FED. R. APP. P. 4(a)(5)(C). Even where both conditions are satisfied, the decision to extend the deadline is at the Court's discretion. *See Garwood Packaging, Inc. v. Allen*

*& Co.*, 378 F.3d 698, 700 (7th Cir. 2004).

The order and judgment Plaintiff seeks to appeal were entered April 3, 2019 (Docs. 86 and 87). Plaintiff had until May 3, 2019 to appeal. Plaintiff filed his notice of appeal on May 9, 2019 (Doc. 94). Plaintiff subsequently filed his "motion for jurisdiction memorandum" on May 23, 2019, which the Court construes as a motion for extension of time under Rule 4(a)(5). Said motion was filed within the time period set forth in Rule 4(a)(5)(A)(i). The Court finds good cause for an extension as Plaintiff was not aware judgment had been entered in favor of Defendants until April 11, 2019, and Plaintiff was represented by counsel at the time his appeal was to be filed. Plaintiff's Motion is **GRANTED**. Plaintiff's notice of appeal was filed within the time allowed under Rule 4(a)(5)(C) and, as such, the Court finds it to be timely.

Plaintiff also filed a motion to produce transcripts (Doc. 102). Plaintiff indicated he cannot complete his appeal, jurisdictional memorandum, or docketing statement without transcripts. Plaintiff's Motion is **DENIED** as there are no transcripts of any proceeding in this matter.

**IT IS SO ORDERED.**

**DATED: August 7, 2019**

/s/ *Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**